```
                                        FILED
                                  U.S. DISTRICT COURT
                                  DISTRICT OF MARYLAND
MARY T. HARTMAN                   *              IN THE
906 Oakleigh Beach Road
Baltimore, Maryland 21222         2000 SEP 18  P 1: 41
                                  *              UNITED STATES
and                               CLERK'S OFFICE
                                  AT BALTIMORE
ALVIN C. HARTMAN                  BY_____    DISTRICT COURT
906 Oakleigh Beach Road                 DEPUTY
Baltimore, Maryland 21222
                                  *              FOR THE
    Plaintiffs

v.                                *              DISTRICT OF MARYLAND

JIMMIE PRITCHARD
575 Walker Street, #2
P.O. Box 4161                     *              CASE NO. AMD-00-CV-2062
Cleveland, Ohio 37320

                                  *
and

T.V.M., INC.                      *
9850 Pelham Road
Taylor, Michigan 48180
                                  *
    Defendants

*********************************************************************
```

## ORDER

The Plaintiff's Motion For Reissuance Of Writ Of Summons having been read and considered, it is this _18th_ day of _Sept_, 2000, by the United States District Court For The District Of Maryland;

ORDERED, that the Plaintiff's Motion For Reissuance Of Writ Of Summons be granted as requested.

_____
JUDGE